05-CV-02014-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT ALAN FREEBURG,

    Petitioner,

v.

SANDRA CARTER,

    Respondent.

CASE NO.   C05-2014JLR

ORDER DENYING § 2254 PETITION AND DISMISSING ACTION WITH PREJUDICE

The Court, having reviewed petitioner's federal habeas petition, respondent's answer, petitioner's reply, and the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus (Dkt. # 1) is DENIED. Petitioner's petition and this action are DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 30th day of July, 2007.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE